IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-33323 |
| WAKASA LLC | § | |
| | § | |
| Debtor | § | CHAPTER 11 |

### MOTION FOR ENTRY OF FINAL DECREE AND CLOSING OF CASE

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**A HEARING ON THIS APPLICATION WILL BE HELD ON MAY 30, 2023, AT 1:30 PM AT THE UNITED STATES FEDERAL COURTHOUSE, 515 RUSK STREET, COURTROOM 402, HOUSTON, TEXAS 77002.**

**DIAL-IN TELEPHONE NUMBER: 1-832-917-1510 CONFERENCE CODE: 999276**
GoTo - Judge Rodriguez (gotomeet.me)

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COME NOW Wakasa LLC ("Debtor") and respectfully requests the Court to enter a final decree and close case this Chapter 11 case pursuant to Section 350 of Title 11 of the United States Code, 11 U.S.C. §§ 101 ("Bankruptcy Code"), and Rule 3022 of the Federal Rules of Bankruptcy Procedure, and in support thereof would respectfully show as follows:

### JURISDICTION

1. This Court has jurisdiction over this matter under 28 U.S.C. § 157(a) and 28 U.S.C. § 1334. This motion is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

**BRIEF BACKGROUND**

2. On November 4, 2022 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 ("Bankruptcy Code").

3. On March 28, 2023, this Court entered an Order Confirming Debtor's Consensual Plan (Docket No. 104) directing the execution, implementation, and consummation of the Plan.

4. Debtor filed the Chapter 11 Notice of Consummation of the Plan on May 1, 2023 (Docket No. 113).

5. All post-confirmation matters have been concluded, the Debtor has distributed per the terms of the plan, and the Plan has been consummated as defined by 11 U.S.C. § 1101(2).

6. To Debtor's knowledge, the Debtor has in all respects complied with the Confirmation Order.

**REQUEST FOR RELIEF**

WHEREFORE, premises considered, Wakasa LLC respectfully requests that this Court close this Chapter 11 case and grant such other and further relief as the Debtor may show itself justly entitled.

Respectfully submitted,

THE LANE LAW FIRM, PLLC
*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua Gordon
State Bar No. 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
COUNSEL FOR DEBTOR

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the Motion for Final Decree was served to the parties listed below and to the parties on the attached mailing matrix either via electronic notice by the court's ECF noticing system, or by first-class mail pre-paid postage on May 2, 2023:

<u>Debtor:</u>
Wakasa LLC
14511 Old Katy Rd., Suite 320
Houston, TX 77079

<u>US Trustee:</u>
Office of The United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

<u>Notice will be electronically mailed to:</u>
Jeannie Lee Andresen on behalf of Creditor Harris County
houston_bankruptcy@lgbs.com, chymel@dorelaw.com

George Ravelo Diaz-Arrastia on behalf of Creditor Real Turf USA LLC
gdarrastia@sdablaw.com,
kgates@sdablaw.com;sak@elliottgreenleaf.com;rxza@elliottgreenleaf.com;MCG@elliottgreenleaf.com

Christopher Dylla on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-cdylla@oag.texas.gov, Sherri.Simpson@oag.texas.gov

Drew McManigle
drew@MaccoRestructuringGroup.com, kathy@macco.group;TX86@ecfcbis.com

Stephen Douglas Statham on behalf of U.S. Trustee US Trustee
stephen.statham@usdoj.gov

Christopher Ross Travis on behalf of U.S. Trustee US Trustee
C.Ross.Travis@usdoj.gov

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Melissa E Valdez on behalf of Creditor Alief Independent School District
mvaldez@pbfcm.com, osonik@pbfcm.com,mvaldez@ecf.courtdrive.com

                                              */s/Robert C. Lane*
                                              Robert C. Lane

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 22-33323<br>Southern District of Texas<br>Houston<br>Tue May  2 13:27:45 CDT 2023 | Harris County<br>Linebarger Goggan Blair & Sampson LLP<br>C/O Jeannie Lee Andresen<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Texas Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin, tx 78711-2548 |
| Texas Comptroller of Public Accounts, Revenu<br>Christopher J. Dylla<br>c/o Sherri K. Simpson, Paralegal<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Wakasa LLC<br>14511 Old Katy Rd Suite 320<br>Houston, TX 77079-1077 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| Alief Independent School District<br>P.O. Box 368<br>Alief, TX 77411-0368 | Cedar Advance<br>2917 Avenue I<br>Brooklyn, NY 11210-2934 | City of Houston<br>1235 North Loop West, Suite 600<br>Houston, TX 77008-1772 |
| Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | Fundbox<br>255 2nd Ave. South<br>Minneapolis, MN 55479-0001 | Fundbox, Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Harris County, et al<br>c/o Jeannie Lee Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| LG Funding<br>1218 Union St Suite 2<br>Brooklyn, NY 11225-1512 | ProVenture Capital Funding, LLC<br>99 Wall St. Suite 576<br>New York, NY 10005-4301 | Real Turf USA<br>10215 S Sam Houston Pkwy W<br>Missouri City, TX 77489-1533 |
| Real Turf USA LLC<br>10217 S. Sam Houston Pkwy W.<br>Missouri City, TX 77489 | SBS Funds<br>70 East Sunrise Highway Suite 500<br>Valley Stream, NY 11581-1233 | The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Unique Funding Solutions LLC<br>71 S. Central Ave Suite 200<br>Valley Stream, NY 11580-5403 | Drew McManigle<br>Chapter 11 Trustee<br>700 Milam, Suite 1300<br>Houston, TX 77002-2736 |
| Robert Chamless Lane<br>The Lane Law Firm<br>6200 Savoy Drive<br>Ste 1150<br>Houston, TX 77036-3369 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Alief Independent School District | (u)Alief Independent School District and City | (u)Real Turf USA LLC |
| (u)Cedar Advance, LLC | (u)Insta Capital Group, LLC | (u)Stephen Clark |
| (d)Wakasa LLC<br>14511 Old Katy Rd Suite 320<br>Houston, TX 77079-1077 | (u)Uschi Clark | |

End of Label Matrix
Mailable recipients    24
Bypassed recipients     8
Total                  32