United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 30, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 22-33323 |
| WAKASA LLC, § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 11 |

## FINAL DECREE

Pending before the Court is Wakasa, LLC's ("*Debtor*") Motion for Final Decree, requesting that the Court close the above referenced case in accordance with 11 U.S.C. § 350(a) and Fed. R. Bankr. P. 3022. ECF No. 116 (the "*Motion*"). The Court finds that the estate of the Debtor has been fully administered and that the plan is substantially consummated. Considering the Motion, all arguments and/or any objections filed and any declarations in support of the Motion, this Court hereby finds that the Effective Date has occurred, initial plan payments have been made, and the Motion has merit. It is therefore:

**ORDERED** that:

1. the Motion, ECF No. 116, is hereby GRANTED.
2. As set forth in 11 U.S.C. §1141(d), the confirmation of a plan discharges the Debtor.
3. As a Chapter 11 Subchapter V Case the Reorganized Debtor's obligation to file Monthly Operating Reports is terminated pursuant to Federal Interim Rule of Bankruptcy Procedure 2015(a)(5)(6) even if this matter is re-opened for any reason.
4. All professionals shall, no later than fourteen (14) days after entry of this Order, file with the Court an application for professional fees under 11 U.S.C. § 330.
5. No later than fourteen (14) days after entry of this Order Debtor shall pay all outstanding professional fees due to the Subchapter V Trustee.
6. Mr. Drew McManigle is discharged as Subchapter V Trustee of the estate, the Subchapter V Trustee's bond is cancelled, and the case is closed.
7. Notwithstanding this Order, the Court retains jurisdiction to consider professional fee applications and to enforce payment of fees assessed under 28 U.S.C. § 586(e)(5).

SIGNED May 30, 2023

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge